# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF MEDICAL TRADING, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAJORMEDIA INC and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-11475-JAK-AS<br><br>**JUDGMENT**<br><br>JS-6 |

On June 13, 2023, this Court issued an Order granting in part, and denying in part, Plaintiff SF Medical Trading, LLC's ("SF Medical Trading") Motion for Default Judgment with respect to the award of damages. Consequently, judgment is hereby entered in favor of Plaintiff SF Medical Trading and against Defendant Majormedia, Inc. in the amount of $230,830.00.

**IT IS SO ORDERED.**

Dated: June 28, 2023

_____
John A. Kronstadt
United States District Judge

1